**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-14419 (SCC) |
| In re:<br><br>EBG Holdings LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-14417 (SCC) |
| In re:<br><br>Fore River Development, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-14220 (SCC) |
| In re:<br><br>Mystic I, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-14421 (SCC) |
| In re:<br><br>Mystic Development, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-14422 (SCC) |
| In re:<br><br>BG New England Power Services, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-14423 (SCC) |

**ORDER DIRECTING JOINT ADMINISTRATION
OF RELATED CHAPTER 11 CASES**

Upon consideration of the motion (the "**Motion**")[1] of the Debtors for entry of an order directing joint administration of the Debtors' Chapter 11 Cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and upon consideration of the First Day Declaration; and it appearing that this Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and adequate notice of the Motion and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient case appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 10-14419 (SCC).

3. The caption of the jointly administered cases should read as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Boston Generating, LLC, et al.,[2] | Case No. 10-14419 (SCC) |
| Debtors. | Jointly Administered |

4. A docket entry shall be made in each of the above-captioned cases (other than Boston Generating, LLC) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the Chapter 11 Cases of Boston Generating, LLC; EBG Holdings LLC; Fore River Development, LLC; Mystic I, LLC; Mystic Development, LLC; BG New England Power Services, Inc.; and BG Boston Services, LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in the case commenced by Boston Generating, LLC, Case No. 10-14419.

5. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the Southern District of New York.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

7. The Debtors shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis; provided, however, that disbursements will be listed on a debtor-by-debtor basis.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Boston Generating, LLC (0631); EBG Holdings LLC (3635); Fore River Development, LLC (7933), Mystic I, LLC (0640); Mystic Development, LLC (7940); BG New England Power Services, Inc. (0476); and BG Boston Services, LLC (6921).

NY\1677823.3

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 20, 2010
      New York, New York

/s/Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge